UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**CIVIL ACTION NO. 1:09-CV-86-JHM**

**AMERICAN DAIRY QUEEN CORPORATION**            **PLAINTIFF**

**V.**

**FORTUNE STREET RESEARCH AND WRITING INC.,**
**DAVID E. RIGNEY, and EVA P. RIGNEY**            **DEFENDANTS**

## JUDGMENT

This matter having come before the Court on a dispositive motion filed by Plaintiff, and the Court on this date having issued a Memorandum Opinion and Order granting said motion,

**IT IS HEREBY ORDERED** that judgment be entered in favor of the Plaintiff consistent with the Court's Memorandum Opinion and Order.

cc: counsel of record